IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK MANNINGS, #167804, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACTION NO. 2:02cv1246-ID |
| | ) |
| ROY HIGHTOWER, WARDEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the court is the recommendation of the magistrate judge, filed February 23, 2007, to which no objections have been timely filed. Having carefully reviewed the magistrate judge's findings and recommendation, and finding no clear error, see United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), it is CONSIDERED and ORDERED that:

1. The recommendation of the magistrate judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

2. Defendants' motion for judgment as a matter of law be and the same is hereby DENIED;

3. Plaintiff's Eighth Amendment and Fourteenth Amendment claims of excessive force against Defendants Leeposey Daniels and Anthony Gibson be and the same are hereby DISMISSED with prejudice; and

4. there being no remaining viable claims, the clerk is DIRECTED to close this case.

DONE this 13th day of March 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE